FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATRIX SCIENCES INTERNATIONAL INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>JEREMY LARRALDE, an individual; and RANDY HEMPEL, an individual; and CROPCARE ANALYTICS, LLC, a Washington limited liability company,<br><br>        Defendants. | No. 2:26-CV-00091-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Protective Order, ECF No. 18. Plaintiff is represented by Johanna Tomlinson and Caleb A. Hatch. Defendants are represented by Bret J. Uhrich and Jillian A. Harlington. The motion was considered without oral argument.

The parties request the Court sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 1**

breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain motions to seal or redact such materials.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion for Protective Order, ECF No. 18, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 29th day of July 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 2**